

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0034-20

### EX PARTE SULIA LAWRENCE BROWN, Appellant

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### TARRANT COUNTY

*Per curiam.* YEARY, J., filed a dissenting opinion.

### O P I N I O N

We granted the State's petition for discretionary review to decide how article 46B.0095(a) of the Code of Criminal Procedure applies to an incompetent defendant that was a juvenile accused of engaging in delinquent conduct, found unfit to proceed, and transferred to district court pursuant to § 55.44 of the Family Code. Having considered the parties' briefs and the record, however, we conclude that our decision to grant review was improvident. We therefore dismiss the State's petition for discretionary review as improvidently granted.

Delivered: October 12, 2022
Publish